■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v CHRISTIAN H. LOPEZ, Also Known as CHRISTIAN LOPEZ, Defendant. [37 NYS3d 894]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Nassau County, rendered June 2, 2014.

Ordered that the application is denied.

The defendant has not established his entitlement to the

relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Cohen, Hinds-Radix and Brathwaite Nelson, JJ., concur.